NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE CHRISTOPHER J. RUDY

---

2011-1556
(Serial No. 08/683, 105)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## JUDGMENT

---

CHRISTOPHER J. RUDY, of Port Huron, Michigan, pro se.

COKE MORGAN STEWART, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor and THOMAS W. KRAUSE, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, Bryson, *Circuit Judges, and Fogel, District Judge**).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 21, 2012 | /s/ Jan Horbaly
Date | Jan Horbaly
| Clerk

---

&ast; Honorable Jeremy Fogel, District Judge, United States District Court for the Northern District of California, sitting by designation.